[No. 4187–1.   Division One.   March 7, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. MATTHEW
LEE BOLAR, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 72547, Howard J. Thompson, J., entered September 5, 1975. *Affirmed* by unpublished per curiam
opinion.

[No. 3352–1.   Division One.   March 7, 1977.]

JOSEPH P. EGAN, *as Executor, Respondent,* v. ELI
LILLY AND COMPANY, *Defendant,* IRA
WALLSTROM, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 747534, Jerome M. Johnson, J., entered October 7, 1974. *Affirmed* by unpublished opinion per Callow,
J., concurred in by Farris, C.J., and Andersen, J.

[No. 2281–2.   Division Two.   March 10, 1977.]

STANLEY E. MUENCH, ET AL, *Appellants,* v. E. C.
OXLEY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 18110, Robert A. Hannan, J., entered January
30, 1976. *Affirmed* by unpublished opinion per Petrie, C.J.,
concurred in by Pearson and Reed, JJ.